IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| BRYAN KEITH SADLER, | * |
| Plaintiff, | * |
| v. | Case No. 1:24-CV-57 (LAG) |
| | * |
| JUDGE JIM THURMAN and DISTRICT ATTORNEY WILLIAM LAMB, | * |
| | * |
| Defendants. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 9/25/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of September, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk